IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RASHEAM H. ALEONG,
    *pro se* Plaintiff,

v.                             Civil Action No. 3:17-cv-744-JAG

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
    Defendant.

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge

entered on October 1, 2018. (Dk. No. 23.) The time to file objections has expired and neither

party has objected to the Report and Recommendation. Having considered the matter and deeming

it otherwise proper and just to do so, it is hereby ORDERED:

(1)    The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court. (Dk. No. 23.)

(2)    The plaintiff's Motion for Summary Judgment is DENIED. (Dk. No. 18.)

(3)    The defendant's Motion for Summary Judgment is GRANTED. (Dk. No. 19.)

(4)    The decision of the Commissioner is AFFIRMED.

(5)    This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to the *pro se* plaintiff at his
address of record and to all counsel of record.

It is so ORDERED.

Date: <u>October 16, 2018</u>
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge